NUMBER 13-01-432-CV


 COURT OF APPEALS


 THIRTEENTH DISTRICT OF TEXAS


 CORPUS CHRISTI

___________________________________________________________________


IN THE INTEREST OF G.A. AND B.S.A., CHILDREN

___________________________________________________________________


 On appeal from the 107th District Court

 of Cameron County, Texas.

___________________________________________________________________


 O P I N I O N


 Before Chief Justice Valdez and Justices Hinojosa and Yañez


Opinion Per Curiam


Appellant, Mary Ann Aragus , perfected an appeal from a judgment entered by the Family Masters Court. The appeal is
being taken to the107th District Court of Cameron County, Texas, in cause number 2001-04-1301-A . The notice of appeal
was inadvertently forwarded to this Court and docketed in the above cause. 

The Court, having considered the documents on file, is of the opinion that this appeal is not properly before this Court. 
Accordingly, the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 18th day of October, 2001 .